# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| OWL CREEK I, L.P., OWL CREEK II, L.P., OWL CREEK SRI MASTER FUND, LTD., and OWL CREEK OVERSEAS MASTER FUND, LTD., <br><br> Plaintiffs, <br><br> v. <br><br> OCWEN FINANCIAL CORPORATION, WILLIAM ERBEY, and RONALD FARIS, <br><br> Defendants. | CIVIL ACTION NO. <br><br> **PLAINTIFFS' RULE 7.1 STATEMENT** |

In accordance with Federal Rule of Civil Procedure 7.1, Plaintiffs Owl Creek I, L.P., Owl Creek II, L.P., Owl Creek SRI Master Fund, Ltd., and Owl Creek Overseas Master Fund, Ltd., state that none of them has any parent corporation, and no publicly held corporation owns 10% or more of the shares of any plaintiff.

Dated: April 17, 2018

/s/ Robert F. Elgidely
Robert F. Elgidely
Florida Bar No. 111856
relgidely@gjb-law.com

GENOVESE JOBLOVE & BATTISTA

200 East Broward Boulevard, Suite 1110
Fort Lauderdale, FL 33301
Tel.  954.453.8022

and

*Of Counsel*

LOWENSTEIN SANDLER LLP

2

        Lawrence M. Rolnick, NY Bar No. 2024784
        lrolnick@lowenstein.com
        Marc B. Kramer, NY Bar No. 2167146
        mkramer@lowenstein.com
        Michael J. Hampson, NY Bar No. 4699120
        mhampson@lowenstein.com
        1251 Avenue of the Americas
        New York, NY  10020
        Tel. 212.262.6700

        Thomas E. Redburn, Jr., NJ Bar No. 033661995
        tredburn@lowenstein.com
        One Lowenstein Drive
        Roseland, NJ 07068
        Tel. 973.597.2500

        ***Attorneys for Plaintiffs***